UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  06-20578-CIV-MARTINEZ**

MICHELLE PRAT, on behalf of herself and others similarly situated,

    Plaintiff,

vs.

SPECIALITY RESTAURANT CORPORATION, a California corporation, and BISCAYNE BAY RESTAURANT CORPORATION, a Florida corporation,

    Defendants.

_____/

## ORDER ON NOTICE OF SETTLEMENT AND DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon a phone call to Chambers notifying the Court that that the parties have reached a settlement in this matter.  It is hereby:

ORDERED AND ADJUDGED as follows:

1)  The parties shall file a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**, a proposed Order of Dismissal or Final Judgment, and any other documents necessary to conclude this action on or before **Thursday, December 21, 2006 at 3:00 p.m.**

2)  This case remains on the trial docket until the documents necessary to conclude this action are filed.  All pertinent deadlines remain in effect.  In order to be excused from calendar call, the above-referenced documents must be filed at least three (3) days prior to calendar call.

3)  If the parties fail to comply with this order, the Court shall either <u>dismiss</u> this case without prejudice or proceed to trial as scheduled.  No continuances will be granted on the

-2-

grounds that settlement documents remain to be executed.

    4)  The Clerk is **DIRECTED** to DENY ALL PENDING MOTIONS AS MOOT.

    DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of December, 2006.

                                                         JOSE E. MARTINEZ
                                                         UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record